J. N. Coombs and J. H. Coombs, copartners under the firm name of Coombs & Company, Appellants, vs. E. B. James Lumber Company, a corporation under the Laws of Florida, Appellee.

### IN BANC.

Appeal from the Circuit Court, Franklin county; C. H. B. Floyd, Court Commissioner.

*Geo. P. Raney,* for Appellants.

Fred T. Myers, for Appellees.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Dismissed on praecipe of counsel for appellants.